```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| HENRRY ANDINO | : | NO. 15-83-4 |

### ORDER

AND NOW, this 31st day of August, 2016, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of Henrry Andino "to suppress evidence obtained as the result of an unlawful search and seizure" (Doc. # 97) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                J.